AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

ROBERT BECKETT,    **E-filing**

v.

JAMES DAVIS, CHAIRMAN, CALIFORNIA
BOARD OF PAROLE HEARINGS,
Does 1 to 10

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**RMW**

TO: (Name and address of defendant)

JAMES DAVIS, CHAIRMAN, CALIFORNIA BOARD OF PAROLE HEARINGS,
PO BOX 4036, SACRAMENTO, CA 95812-4036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN E. STRINGER, 259 OAK STREET, SAN FRANCISCO, CA 94102

**BY FAX**

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

DATE