**E-FILED on** 05/24/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT BECKETT,<br><br>       Plaintiff,<br><br>  v.<br><br>JAMES DAVIS, et al.<br><br>       Defendants. | No. C-08-03196 RMW<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

On July 2, 2008, plaintiff Robert Beckett filed a complaint against defendants James Davis and the California Board of Parole Hearings. Dkt. No. 1. Also on July 2, 2008, a summons was issued as to both defendants. Dkt. No. 2. Defendants never answered the complaint. Moreover, plaintiff has not taken any further action in this case. Therefore, it is hereby ordered that plaintiff show cause by June 7, 2011 as to why this case should not be dismissed for failure to prosecute. Plaintiff should make this showing, if he can, by written declaration filed by June 7, 2011. No appearance is necessary at this time.

DATED: 05/24/2011

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE—No. C-08-03196 RMW
JLR