**E-FILED on** 07/06/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT BECKETT,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES DAVIS, et al.<br><br>    Defendants. | No. C-08-03196 RMW<br><br>JUDGMENT |

On July 6, 2011, the court dismissed this action without prejudice. Therefore, it is hereby adjudged that plaintiff take nothing by way of his complaint and that judgment be entered in favor of the defendants.

DATED: 07/06/2011

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-03196 RMW
JLR